ANNA SROGI, as Administratrix of the Estate of WALTER SROGI, Deceased, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

Argued December 3, 1941; decided January 8, 1942.

*H. Duane Bruce* for appellant.

*Oliver D. Burden* and *Russell E. Harrington* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, CONWAY and DESMOND, JJ. Taking no part: LEWIS. J.